United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 1, 2006**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 05-40811
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-
Appellee,

versus

RICHARD R. MINDIOLA; WILLIAM BEDFORD,

Defendants-
Appellants.

-----------------------------------------------------------------
Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 9:04-CR-24-4
-----------------------------------------------------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

   The Federal Public Defender appointed to represent Richard R. Mindiola has moved for leave

to withdraw from representation and has filed a brief in accordance with *Anders v. California*, 386

U.S. 738 (1967). Mindiola has not responded to counsel's motion and brief. Our independent review

of the record and counsel's brief shows that there are no nonfrivolous issues for appeal.

---

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Although counsel notes a possible ineffective assistance of counsel claim, as counsel concedes, the record is insufficiently developed to allow consideration of this claim on direct appeal. *See United States v. Higdon*, 832 F.2d 312, 313-14 (5th Cir. 1987). Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.